IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 06-02243-lmj7 |
| RINKENBERGER GROUP, INC., ) | Chapter 7 |
| d/b/a KAUFFMAN BUILDERS SUPPLY ) | |
| CORPORATION, ) | MOTION FOR REFUND OF |
| d/b/a KAUFFMAN BUILDERS, ) | UNCLAIMED FUNDS |
| ) | |
| Debtors. ) | |
| ) | |

COMES NOW Charles L. Smith, the Trustee herein ("Trustee"), and for his Motion for Refund of Unclaimed Funds respectively states as follows:

1. On April 16, 2009, Trustee distributed bankruptcy estate funds to creditors pursuant to the Court's Order approving Trustee's Final Report and Notice of Proposed Distribution (Docket No. 29).

2. On September 25, 2009, Check No. 105 made payable to Greg and Maria Unruh, in the amount of $1,558.86, remained outstanding. Therefore, Trustee stopped payment of this check, filed a Report of Trustee under Bankruptcy Rule 3011 for Unclaimed Funds (Docket No. 30), and reissued these funds to the Clerk of the United States Bankruptcy Court as Check No. 107.

3. On September 30, 2009, it was brought to Trustee's attention that Mr. and Mrs. Unruh's address had changed.

4. Therefore, Trustee requests the Clerk of the United States Bankruptcy Court refund the $1,558.86 so Trustee can distribute these funds to Mr. and Mrs. Unruh.

WHEREFORE, Trustee prays the Court order the Clerk of the United States Bankruptcy Court to refund to him $1,558.86; and for such further and additional relief as is just.

| | |
|---|---|
| Dated: October 1, 2009. | /s/ Charles L. Smith |
| | Charles L. Smith, Trustee  IS9999916 |
| | TELPNER, PETERSON, SMITH, RUESCH, |
| |    THOMAS & SIMPSON |
| | 25 Main Place, Suite 200; P.O. Box 248 |
| | Council Bluffs, IA  51502-0248 |
| | Telephone:  (712) 325-9000 |
| | Facsimile:  (712) 328-1946 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Office of the U.S. Trustee
210 Walnut Street, Room 793
Des Moines, IA 50309-2108

Steven C. Reed
1741 Grand Avenue
West Des Moines, IA  50265

and I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Rinkenberger Group, Inc.
1021 Linden Drive
Norwalk, IA  50211

/s/ Nicole B. Engelhardt